UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARZELL BENTON,<br><br>                       Plaintiff,<br><br>   -against-<br><br>ERIC ADAMS, ET AL.,<br><br>                      Defendants. | 24 CIVIL 8919 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 11, 2025
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                       Chief United States District Judge